An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN ANTOINE BANKS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 68237

**FILED**

NOV 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant filed his postconviction petition on March 16, 2015, more than one year after issuance of remittitur on direct appeal on March 11, 2014. *Banks v. State*, Docket No. 62533 (Order of Affirmance, February 13, 2014). Therefore, the petition was untimely filed. *See* NRS 34.726(1). His petition was procedurally barred absent a demonstration of good cause and actual prejudice. *See id.* Appellant did not explain his delay in filing the petition and therefore did not demonstrate good cause. As to his actual-innocence claim, he failed to present new evidence establishing that he is actually innocent of his crimes. *See House v. Bell*, 547 U.S. 518, 536-37 (2006); *Schlup v. Delo*, 513 U.S. 298, 316 (1995).

_____

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

15-34611

Therefore, we conclude that the district court did not err by denying his petition. Accordingly, we

ORDER the judgment of the district court AFFIRMED.[2]

_____, C.J.
Hardesty

_____ J.    _____, J.
Parraguirre                                Douglas

cc:    Hon. Douglas Smith, District Judge
       Kevin Antoine Banks
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

_____

[2]This court received appellant's pro se motion for appointment of counsel. We deny the motion as moot.